**Opinion issued July 7, 2026**



In The

# Court of Appeals

For The

# First District of Texas

—————————————

## NO. 01-26-00070-CV

—————————————

**ANGELA BASS, Appellant**

**V.**

**MERCEDES BENZ FINANCIAL SERVICE, Appellee**

**On Appeal from the County Civil Court at Law No. 1**
**Harris County, Texas**
**Trial Court Case No. 1250443**

## MEMORANDUM OPINION

On May 12, 2026, the Court ordered appellant's brief stricken and a corrected brief to be filed by May 27, 2026. The Court set out the deficiencies in the brief that required correcting. The Court also stated that if appellant failed to file a corrected brief, the Court might dismiss the appeal. Appellant has not filed a corrected brief.

Accordingly, we dismiss this appeal. *See* TEX. R. APP. P. 42.3; 43.2(f). Any pending motions are dismissed as moot.

**PER CURIAM**

Panel consists of Justices Guerra, Gunn, and Morgan.